IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARYANNE MCCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01300 |
| ACA PROPERTIES LLC, ) | |
| ) | |
| Defendant. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, MARYANNE MCCAULEY, and Defendant, ACA PROPERTIES LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 19th day of February, 2024.

                                                    Law Offices of
                                                    THE SCHAPIRO LAW GROUP, P.L.

                                                    /s/ *Douglas S. Schapiro*
                                                    Douglas S. Schapiro, Esq.
                                                    State Bar No. 54538FL
                                                    The Schapiro Law Group, P.L.
                                                    7301-A W. Palmetto Park Rd., #100A
                                                    Boca Raton, FL 33433
                                                    Tel: (561) 807-7388
                                                    Email: schapiro@schapirolawgroup.com

                                                    Attorney for Plaintiff

>*/s/*   James G. Nowogrocki
>James G. Nowogrocki, Esq. - #38559MO
>Summers Compton Wells LLC
>903 S. Lindberg Blvd., Suite 200
>St. Louis, MO  63131
>(314) 991-4999
>Email:  jnowogrocki@scw.law
>
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/  Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL